# IN THE UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ARTHUR A. BLUMEYER, | ) |
| Petitioner, | ) ) ) |
| vs. | ) CIVIL NO. 08-cv-430-JPG-CJP |
| WARDEN HOLLINGSWORTH, | ) ) ) |
| Respondern. | ) |

## MEMORANDUM AND ORDER

**GILBERT, District Judge:**

On July 21, 2008, Petitioner filed a motion for reconsideration (Doc. 9) concerning this Court's Order referring the case to a Magistrate Judge and denying Petitioner's motion to be released from confinement pending the outcome of this case. On August 8, 2008, Petitioner filed a request to withdraw his motion for reconsideration (Doc. 14). Accordingly, Petitioner's request to withdraw (Doc. 14) the motion for reconsideration (Doc. 9) is **GRANTED**.

**IT IS SO ORDERED.**

**Dated: August 26, 2008.**

                 s/ J. Phil Gilbert
                 U. S. District Judge