IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **ARTHUR A. BLUMEYER**, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil No. **08-430-JPG** |
| ) | |
| **WARDEN HOLLINGSWORTH**, ) | |
| ) | |
| Respondent. ) | |

# ORDER

**PROUD, Magistrate Judge:**

A review of the record reveals that petitioner filed an "amended" petition for writ of habeas corpus and brief and exhibits in support thereof **(Docs. 20 and 21)** without seeking leave of Court, as required by Local Rule 15.1. It is also noted that petitioner attempts to amend his petition by incorporating the original petition by mere reference, which is also a violation of Local Rule 15.1.

**IT IS THEREFORE ORDERED** that the Clerk of Court shall **STRIKE** from the record petitioner Blumeyer's "amended" petition for writ of habeas corpus and brief and exhibits in support thereof **(Docs. 20 and 21)**.

**IT IS SO ORDERED.**

**DATED: October 30, 2008**

s/ Clifford J. Proud
**CLIFFORD J. PROUD**
**U. S. MAGISTRATE JUDGE**